# United States Court of Appeals
## For the First Circuit

Nos. 19-1496
     19-1609

CAPITOL SPECIALTY INSURANCE CORPORATION,

Plaintiff, Appellee/Cross-Appellant,

v.

KAILEE M. HIGGINS, individually and as assignee of PJD
Entertainment of Worcester, Inc., d/b/a Centerfolds II,

Defendant, Appellant/Cross-Appellee,

PJD ENTERTAINMENT OF WORCESTER, INC., d/b/a CENTERFOLDS II,

Defendant.

**ERRATA SHEET**

The opinion of this Court, issued on March 11, 2020, is amended as follows:

On page 4, lines 10-15, replace "Capitol, in turn, opposes Higgins' appeal and asserts the district court erred by: (1) finding it violated c. 176D; (2) finding any violation was willful; (3) in the calculation of Higgins' actual damages for any such violation; and (4) awarding prejudgment interest on the treble damages award and not the actual damages amount of $1.8 million." with "Capitol, in turn, opposes Higgins' appeal and asserts the district court erred:  (1) by finding it violated c. 176D; (2) by finding any violation was willful; (3) in the calculation of Higgins' actual damages for any such violation; and (4) by awarding prejudgment interest on the treble damages award and not the actual damages amount of $1.8 million."

On page 19, line 13, replace "error.!" with "error."